UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Timothy & Patricia Hartsock
Thomas & Lucinda Hartsock           :        Case #    03-55175
                                                       03-55176

                                    :        Chapter 12

                                    :        Judge   Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 06/10/11                     /s/ Frank M. Pees_____
                                    Frank M. Pees
                                    Chapter 12 Trustee

Name and Address                    Amount

SEARS                               $23.98
PO BOX 3671
DES MOINES IA 50322