UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy & Patricia Hartsock
       Thomas & Lucinda Hartsock     :     Case #   03-55175
                                                                  03-55176

                                                         :     Chapter 12

                                                         :     Judge   Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 06/10/11                                         /s/ Frank M. Pees
                                                                Frank M. Pees
                                                               Chapter 12 Trustee

| Name and Address | Amount |
|---|---|
| TRI STATE DELTA CHEMICALS<br>ATTN RON DOUGLAS<br>57 GERMANTOWN CT STE 200<br>CORDOVA TN 38018 | $34.97 |